UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| JUDITH A. MILES, as Personal Representative of the Estate of David A. Miles, deceased, Plaintiff, | |
| v. | Case No. 3:14-cv-00360-MCR-CJK |
| UNITED STATES OF AMERICA, Defendant. | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S THIRD AMENDED COMPLAINT**

Defendant United States of America, pursuant to N.D. Fla. Loc. R. 7.1(I), moves for leave of Court to file a reply memorandum in support of its Motion for Partial Dismissal of Plaintiff's Third Amended Complaint (doc. 86). In support of this Motion, Defendant states:

1. The United States filed its Motion for Partial Dismissal of Plaintiff's Third Amended Complaint on December 28, 2015. Plaintiff filed her opposition to this motion on January 15, 2016 (doc. 89). Defendant believes that the Court's resolution of this motion would be assisted by a short reply memorandum responding to a few arguments in Plaintiff's opposition.

2. The points Defendant would like to brief are: (a) That Defendant did not waive its ability to file a 12(b)(6) motion; (b) That Defendant's 12(b)(6)

motion is not a 12(e) motion; and (c) That the Court need not resolve whether Florida law requires a plaintiff to have filed an action against the underlying tortfeasors in order to state a cause of action for spoliation. Rather, the issue Defendant raised in its motion to dismiss is whether facts identifying those tortfeasors and their wrongdoing need to be alleged in order to meet the pleading standards of Fed. R. Civ. P. 8.

3. N.D. Fla. Loc. R. 7.1(I) allows a party to seek leave to file a reply memorandum and provides that in extraordinary circumstances the Court may grant it, subject to a 3,200 word count limit.

4. The extraordinary circumstances in this case are that Plaintiff's opposition (7,174 words) raised issues outlined above that were not addressed in Defendant's shorter original combined motion and memorandum (3,989 words).

**CERTIFICATE OF COMPLIANCE WITH N.D. FLA. LOC. R. 7.1(B)**

Pursuant to N.D. Fla. Loc. R. 7.1(B), the undersigned counsel, Steven A. Kirsch, certifies that he conducted a conference by email with Plaintiff's counsel, Jennifer C. Anderson, to confer in a good faith attempt to resolve the issue raised by this motion. Plaintiff is opposed to this motion for leave to file a reply.

WHEREFORE, Defendant United States of America respectfully requests leave to file a reply memorandum in support of its Motion for Partial Dismissal no

later than January 22, 2016, or as otherwise set by the Court if it does not decide this motion for leave prior to January 22.

Dated: January 20, 2016
Washington, D.C.

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

CHRIS CANOVA
Acting United States Attorney

By: /s/ Steven A. Kirsch
STEVEN A. KIRSCH
Senior Trial Counsel
Missouri Bar No. 45474
JAMES C. WILSON
Senior Trial Counsel
Iowa Bar No. AT0008640
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 14271
Washington, D.C. 20044-4271
Tel: (202) 616-4048
Fax: (202) 616-4159
steven.kirsch@usdoj.gov
james.wilson3@usdoj.gov

Attorneys for Defendant

## *Certificate of Service*

      I hereby certify that on January 20, 2016, a true and correct copy of the foregoing document has been served via Notice of Electronic Filing upon all of the parties who have appeared, as follows:

Gregory A. Anderson
gaanderson@asglaw.com
Jennifer C. Anderson
janderson@asglaw.com
Steven C. Morgan
smorgan@asglaw.com
ANDERSONGLENN LLP
4400 Marsh Landing Blvd., Suite 4
Ponte Vedra Beach, FL 32082
Tel: (904) 273-4734
Fax: (904) 273-4712

Attorneys for Plaintiff

                                                      /s/ Steven A. Kirsch