# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JUDITH A. MILES

VS CASE NO. 3:14cv360-MCR/CJK

UNITED STATES OF AMERICA

**REFERRAL AND ORDER**

Referred to Judge Rodgers on January 20, 2016
Type of Motion/Pleading: DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S THIRD AMENDED COMPLAINT
Filed by: DEFENDANT on 1/20/16 Document 90
( X ) OPPOSED
RESPONSES:
_______________ on _______ Doc.# _______
_______________ on _______ Doc.# _______

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk: Donna Bajzik

**ORDER**

*Upon consideration of the foregoing, it is ORDERED this 27th day of April, 2016, that the requested relief is GRANTED as follows: Defendant may file a reply brief, limited to 3200 words in length, to address the issues set forth in the Motion (doc. 90). Defendant's reply shall be filed no later than* ***May 12, 2016.***

*M. Casey Rodgers*
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE